UNITED STATES DISTRICT COURT

DISTRICT OF NEW MEXICO

KATHLEEN BLACKMORE,        CASE NO: 1:15-CV-00278-KG-KBM

Plaintiff,

vs.

AMERICAN SERVICE INDUSTRIES, LLC,

Defendant.

### STIPULATED ORDER OF DISMISSAL WITH PREJUDICE

THIS MATTER having come before the Court upon the stipulation of the Plaintiff and the Defendant in this cause, by and through their respective counsel of record, to wit, that the parties hereby stipulate to this order of dismissal with prejudice of all claims made by the Plaintiff herein and all claims which Plaintiff may have or could have asserted herein, and the parties having further agreed that such claims shall be satisfied and released by Plaintiff upon payment of a total of $9,000.00, payable to her and her counsel of record jointly, by the Defendant, without any admission of liability by Defendant to Plaintiff, and the parties having further agreed that this settlement of all disputed claims is entirely voluntary after full and fair consultation with their respective counsel and pursuant to the settlement conference and record of the foregoing agreements made on February 23, 2016, held by Chief Magistrate Judge Karen B. Molzen, and the Court having been otherwise fully advised in the premises;

IT IS THEREFORE ORDERED that all claims by the Plaintiff which were asserted or could have been asserted in this cause shall be and hereby are dismissed with prejudice in accordance with the stipulation and agreements set forth hereinabove.

_____
HONORABLE KENNETH GONZALES,
UNITED STATES DISTRICT COURT JUDGE

APPROVED:

Attorneys for Plaintiff
Goldberg & Dohan, LLP
by:_____
Andrew Apodaca
4801 Lang NE, Suite 110
Albuquerque, NM  87109
505-369-3699
e-filing:  aapodaca@goldbergdohan.com

Attorneys for Defendant
Davis Miles McGuire Gardner PLLC
by:_____
Charles A. Wyman
320 Gold Ave SW, Suite 1401
Albuquerque, NM  87102
505-948-5050
cwyman@davismiles.com